# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

| | |
|---|---|
| Jay Humphrey, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| V. | ) Case No. 11-4120-CV-C-JTM |
| | ) |
| Michael Astrue, | ) |
| | ) |
| Defendant. | ) |

## ORDER

On Thursday, June 14, 2012, the Court heard oral argument on *Brief In Support Of Plaintiff's Complaint*, filed January 27, 2012 [Doc. 11] and the *Brief Of Defendant*, filed March 8, 2012 [Doc. 12]. After due consideration of the issues presented, and for the reasons set forth by the Court at the conclusion of the oral argument, it is

**ORDERED** that the decision of the Commissioner is **AFFIRMED**.

                                                */s/ John T. Maughmer*
                                                **JOHN T. MAUGHMER**
                                                **U. S. MAGISTRATE JUDGE**